John A. Newbould and others v. Charles H. Stewart and others.

*Decree not drawn up: Appeal.* Where a decision is announced, but no decree is actually drawn up or filed, *Held*, there is no legal determination of the cause, and therefore nothing to appeal from.

*Heard and decided November 10th.*

Appeal in Chancery from Wayne Circuit.

This was a motion to docket and dismiss the appeal.

*S. T. Douglass*, for the motion.
*William Gray*, contra.

The court below had announced its decision, but no decree had been actually drawn up or filed. It was held that under these circumstances there was no legal determination of the cause, and therefore nothing to appeal from. The appeal was dismissed as premature.